### DISSETTE v. LONG.

(Court of Appeals of District of Columbia. Submitted March 8, 1922. Decided April 3, 1922.)

#### No. 3692.

Appeal from the Supreme Court of the District of Columbia.

Action by Albert R. Long against John W. Dissette. Judgment for plaintiff, and defendant appeals. Affirmed.

Dion S. Birney, of Washington, D. C., for appellant.

J. Easby-Smith and Ralph B. Fleharty, both of Washington, D. C., for appellee.

SMYTH, Chief Justice. Long sued Dissette for $1,694.28, and filed an affidavit of merit under the seventy-third rule of the trial court. Dissette filed pleas to Long's declaration, and also an affidavit of defense, in which he admitted that he owed Long $627.70, and averred a set-off in the sum of $5,000. Long then moved for judgment, because, as averred, the affidavit did not state a good defense to any part of his claim. The court gave judgment for $1,025.48, and overruled the motion as to the remainder.

On the sufficiency of the affidavit with respect to the set-off the appeal turns. In that regard the affidavit is identical with the one in the case of Dissette v. Dost, —— App. D. C. ——, 280 Fed. 455, this day decided, and hence this appeal is ruled by the decision in that case.

The judgment is affirmed; the costs to be paid by appellant.

Affirmed.